NO. 07-07-0155-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 27, 2007
_____

JEROME POWERS, APPELLANT

V.

TOMMY ADAMS; DONNA ADAMS; CASSIE VAN SLYKE;
LYDIA MARTIN, AS NEXT FRIEND OF BRIGETTE RANGEL;
AND RHONNA WELBORN, AS NEXT FRIEND OF
LINDSEY WELBORN, APPELLEES
_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,692; HONORABLE PAULA LANEHART, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON AGREED MOTION TO DISMISS**

Appellant, Jerome Powers, and appellees, Tommy Adams; Donna Adams; Cassie Van Slyke; Lydia Martin, as next friend of Brigette Rangel; and Rhonna Welborn, as next friend of Lindsey Welborn, filed an Agreed Motion to Dismiss Appeal on June 15, 2007. The Agreed Motion to Dismiss is signed by both parties' counsel.

Without passing on the merits of the case, the parties' Agreed Motion to Dismiss Appeal is granted and the appeal is dismissed. TEX. R. APP. P. 42.1. The Agreed Motion requests that each party bear their own costs incurred for the appeal. As the Agreed Motion meets the requisites of an enforceable agreement, see TEX. R. APP. P. 6.6, we hereby order that each party to the appeal bear their own costs. See TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice